UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ALAN DILBERT,<br><br>Plaintiff,<br><br>v.<br><br>CDCR and R. FISHER, *Warden*,<br><br>Defendants. | No. 1:20-cv-00655-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 10 & 12) |

Plaintiff Clifford Alan Dilbert initiated this action as a prisoner proceeding *pro se* by filing a civil rights complaint under 42 U.S.C. § 1983 on May 11, 2020. (Doc. No. 1.) On July 1, 2021, plaintiff filed a motion for a temporary restraining order enjoining defendants from transferring him from Valley State Prison until a judgment is entered in this case. (Doc. No. 10.) The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2021, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order be denied. (Doc. No. 12.) The findings and recommendations were served on plaintiff and contained notice that objections were due within twenty-one days of receipt of the order. (*Id.* at 1, 5.) Plaintiff was later granted an additional thirty days to object. (Doc. Nos. 13–14.) Plaintiff's objections were filed on September 15, 2021. (Doc. No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case, including plaintiff's objections.

Plaintiff objects on the grounds that a transfer is risky for him due to the ongoing coronavirus pandemic. (Doc. No. 15 at 4–9.) However, plaintiff does not indicate why the transferred location is a greater risk to him. Indeed, he states in his affidavit that his current institution of confinement has experienced coronavirus outbreaks. (*Id.* at 25.) Moreover, plaintiff does not adequately contest the magistrate judge's reasoning concerning the speculative nature of a potential transfer. Indeed, plaintiff asserts in his declaration that in a previous state-court action, CDCR officials represented that they would keep plaintiff at his current institution of confinement. (*Id.* at 22–23.)

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on July 7, 2021 (Doc. No. 12) are adopted in full;

2. Plaintiff's motion for a temporary restraining order is denied (Doc. No. 10); and

3. This case is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 1, 2021**

UNITED STATES DISTRICT JUDGE

2